UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NEAL THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:12 CV 41 RWS |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on Neal Thompson's appeal from an adverse ruling of the Social Security Administration. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Lewis M. Blanton, who filed his Report and Recommendation on August 12, 2013. Judge Blanton recommended that the Commissioner's decision to deny benefits be reversed and that this case be remanded to the Commissioner for further proceedings. Judge Blanton found that the Administrative Law Judge failed to adequately develop the record necessary to assess Plaintiff's ability to function in the work place.

Any objections to Judge Blanton's Report and Recommendation had to be filed by August 26, 2013. Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Blanton [#18] is **SUSTAINED, ADOPTED AND INCORPORATED** herein.  The Commissioner's decision is **REVERSED** and this case is **REMANDED** to the Commissioner for proceedings consistent with this opinion.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of September, 2013.